UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

EMPLOYERS MUTUAL CASUALTY COMPANY,

    Plaintiff,

v.

CHEYEENE R. CLIFFORD,
JESSICA HARPER, as Administrator of the Estate of Nathanial Clay Welch,
CLIFFORD'S CONSTRUCTION, LLC,
DYLAN SAUCEDO,
EMILY EARLYWINE, and
ESTATE OF GAGE GAUNCE

    Defendants.

Civil Action No. 5:23-271-KKC

**JUDGMENT**

\*\*\*   \*\*\*   \*\*\*   \*\*\*

For the reasons stated in the Opinion and Order entered on this date, the Court hereby ORDERS and ADJUDGES as follows:

1) Defendants' Motion to Dismiss (DE 11) is GRANTED;

2) this matter is DISMISSED WITHOUT PREJUDICE and STRICKEN from the Court's active docket; and

3) this judgment is FINAL and APPEALABLE

The 15th day of May, 2024.



KAREN K. CALDWELL
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF KENTUCKY